UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FENDER MUSICAL INSTRUMENTS CORPORATION, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | NO. 3:13-cv-1075 |
| KELTON SWADE, ) ) | Magistrate Judge Brown |
| Defendant. ) | |

### O R D E R

Pending in this action are the Defendant's Motion for Leave to Attend Case Management Conference Telephonically (Docket Entry 62), and the Plaintiff's Motion for Leave to Attend Telephonically (Docket Entry 63). The motions are **GRANTED**. The Initial Case Management Conference scheduled for **Monday, December 16, 2013, at 2:00 p.m. CST,** will be held as a telephone conference. **To participate in the conference call, the parties are required to call (615) 695-2851 at the scheduled time.**

It is so **ORDERED**.

/S/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge