Susan Winchester  Cal. Bar No. 187756
Winchester Law Group
9107 Wilshire Blvd, Suite 450
Beverly Hills Ca. 90210
Tel:  310-461-3591
Fax: 310-388-6080
Email: sue@winchesterlawgroup.com

Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **FEDER MUSICAL INSTRUMENTS CORPORATION.,** | Civil Action No.:   3:13-01075 |
| **Plaintiff,** | **Judge Sharp** |
| Vs. | **Magistrate Judge Brown** |
| **KELTON SWADE, et al.** | |
| **Defendants.** | |

## MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD

Defendants Kelton Swade, et al., by and through Susan Winchester, co-counsel for the Defendants, hereby move and request that the Court issue an Order allowing Susan Winchester to withdraw as co-counsel of record.  As grounds for this Motion, Defendants have indicated that their financial resources are limited and cannot afford to pay for Ms. Winchester as co-counsel of record.  As such, Defendants have requested that Susan Winchester withdraw as co-counsel of record.  No new counsel is necessary because the Defendants will continue to be represented by Charles Carreon and Everette Parrish as co-counsel of record for the Defendants.

Respectfully submitted,

DATED: May 28, 2014          /s/ Susan M. Winchester
                                            Susan Winchester Cal. Bar No. 187756
                                            (pro hac vice motion granted)
                                            Winchester Law Group
                                            9107 Wilshire Blvd, Suite 450
                                            Beverly Hills Ca. 90210
                                            Tel: 310-461-3591
                                            Fax: 310-388-6080
                                            Email: sue@winchesterlawgroup.com

## Certificate of Service

I certify that a true and exact copy of the foregoing has been served via the Court's electronic filing system on the following:

Everette E. Parrish
EVERETTE PARRISH, ATTORNEY AT LAW PLC
P.O. Box 3602
Brentwood, Tennessee 37024-3602
Telephone: (615) 516-3030
Fax: (615) 844-3462
attorney@law4tn.com

Charles Carreon
CHARLES CARREON, ATTORNEY AT LAW
2165 S. Avenida Planeta
Tucson, AZ 85710
Telephone: (520) 841-0835
Fax: (520) 843-2083
chascarreon@gmail.com

John C. Hayworth
Charles I Malone
Walker, Tipps & Malone PLC
150 Fourth Avenue North
2300 One Nashville Place
Nashville, Tennessee 37219
Telephone: (615) 313-6000
jhayworth@walkertipps.com
cmalone@walkertipps.com

Theodore H. Davis, Jr.

| | |
|---|---|
| 1 | Jared S. Welsh |
| 2 | James Howell Sullivan, Jr.<br>Kilpatrick, Townsend & Stockton LLP |
| 3 | 1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4530 |
| 4 | Telephone: (404) 815-6500 |
| 5 | TDavis@kilpatricktownsend.com<br>Jwelsh@kilpatricktownsend.com |
| 6 | jaysullivan@kilpatricktownsend.com |
| 7 | George Chun Chen |
| 8 | Jacob Alexander Maskovich<br>Bryan Cave LLP |
| 9 | 2 N Central Ace.<br>Suite 2200 |
| 10 | Phoenix, AZ 85004 |
| 11 | Telephone: (602)364-7070<br>George.chen@bryancave.com |
| 12 | jamaskovich@bryancave.com |
| 13 | /s/ Susan M. Winchester |