IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FENDER MUSICAL INSTRUMENTS CORPORATION, | Civil Action No. 3:13-01075 |
| Plaintiff, | NOTICE OF CHANGE OF ADDRESS |
| vs. | |
| KELTON SWADE AND KELTON SWADE, LLC, | |
| Defendants. | |

Attorney Charles Carreon, admitted *pro hac vice* as counsel to defendant Kelton Swade, provides the Court with his new address, as follows:

Charles Carreon, Attorney at Law

1467 Siskiyou Blvd, # 7

Ashland, Oregon 97520

DATED: September 16, 2016          /s/ Charles Carreon
Charles Carreon
Charles Carreon, Attorney at Law
1467 Siskiyou Blvd., # 7
Ashland, Oregon 97520
Tel: 520-841-0835
Fax: 520-843-2083
Email: chascarreon@gmail.com
Attorney for Defendant Kelton Swade
amd Kelton Swade, LLC