**EXHIBIT 6 TO THE DECLARATION OF THEODORE H. DAVIS JR.**

**FILED UNDER SEAL**