**EXHIBIT 3 TO THE DECLARATION OF JOHN C. HAYWORTH**

**FILED UNDER SEAL**